UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     Case Number 93-80915
                                         Honorable Lawrence P. Zatkoff

v.

DEQUINCY GLOVER,

       Defendant.
_____/

## OPINION AND ORDER

AT A SESSION of said Court, held in the United States Courthouse, in the City of Port Huron, State of Michigan, on the 28th day of May, 2014

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Defendant recently filed a letter with the Court (Docket #30), wherein he asks the Court to reduce his sentence to 24 months, which is the term of imprisonment he was to receive under the Rule 11 Agreement when he pled guilty. The Court has reviewed Defendant's case file and finds that the Rule 11 Plea Agreement provided for a sentencing guideline range of 41-51 months. After failing to appear for his original sentencing date of September 15, 1994, the Court sentenced Defendant to a term of 41 months imprisonment on November 7, 1994. For the reasons set forth above, the Court finds no basis for Defendant's claim that he was entitled to a sentence of 24 months. Accordingly, Defendant's request for a sentence of 24 months (Docket #30) is DENIED.

       IT IS SO ORDERED.

                                                 S/Lawrence P. Zatkoff
                                                 LAWRENCE P. ZATKOFF
                                                 United States District Judge

Dated: May 28, 2014