UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                      Criminal Case No. 93-CR-80915

Dequincy Deon Glover,            Honorable Sean F. Cox

    Defendant.

_____/

## ORDER DISMISSING
## DEFICIENT MOTION FILED AS DOCKET ENTRY NO. 49

The docket reflects that Defendant/Petitioner Dequincy Deon Glover ("Glover") attempted to a file some kind of motion in this action on November 23, 2015.  In violation of Fed. R. Crim. P. 47(b), however, the filing does not "state the grounds on which it is based" and it also does not state "the relief or order sought" from the Court.  Rather, Glover filed a one-page unsigned submission that cites numerous cases, and attaches various newspaper articles, but does not request any relief from the Court.

Accordingly, the Court ORDERS that the Docket Entry No. 49 is hereby DISMISSED.

IT IS SO ORDERED.

                                            S/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated:  December 14, 2015

I hereby certify that on December 14, 2015, a copy of the foregoing document was served upon counsel of record via electronic means and upon Dequincy Deon Glover via First Class Mail at

the address below:

DEQUINCY DEON GLOVER 18590-039
ROCHESTER FEDERAL MEDICAL CENTER
INMATE MAIL/PARCELS
P.O. BOX 4000
ROCHESTER, MN 55903

                                               S/J. McCoy
                                               Case Manager